# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**John K. Baughn**

    vs.

**Pride Mobility Products
Corporation and Yankee Medical, Inc.**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   1:03-CV-1422

_____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT HAVE BEEN GRANTED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S ORDER FILED FEBRUARY 24, 2006.

Dated:   February 24, 2006

*Lawrence K. Baerman*
Clerk of Court

s/S. Potter
By:  Deputy Clerk